UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMORIM HOLDING FINANCEIRA, S.G.P.S., S.A., <br><br> Plaintiff, <br><br> v. <br><br> C.P. BAKER & CO., LTD. and CHRISTOPHER P. BAKER, <br><br> Defendants. | Civil Action No. 09-10641-NG |

## [PROPOSED] ORDER GRANTING
## <u>EXTENSION OF THE DISCOVERY PERIOD</u>

Upon consideration and review of the parties' joint motion seeking an extension of the discovery period, it is hereby ORDERED that the deadline for discovery be extended from October 1, 2010 until January 31, 2011. The Scheduling Order in this case is hereby amended as follows:

| Event | Date for Completion or Filing |
|---|---|
| Fact Discovery, Including Depositions, Closes for All Parties (All Responses Served and Depositions Completed) | January 31, 2011 |
| Affirmative Expert Witness Disclosure (Each Party Makes Disclosures on Those Issues for Which That Party Bears Burden of Proof) | February 28, 2011 |
| Rebuttal Expert Witness Disclosure | March 31, 2011 |
| Expert Discovery Closes for All Parties | Aril 21, 2011 |
| Dispositive Motions | May 27, 2011 |
| Oppositions to Dispositive Motions | June 21, 2011 |
| Replies to Dispositive Motions | July 8, 2011 |

| Hearing on All Dispositive Motions, Final Pre-Trial Conference and Trial | Dates to be determined by the Court |
|---|---|

SO ORDERED, this 30th day of September, 2010.

BY THE COURT:

_____
United States Magistrate Judge

575165