UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMORIM HOLDING FINANCEIRA, S.G.P.S., S.A.,<br><br>Plaintiff,<br><br>v.<br><br>C. P. BAKER & CO., LTD. and CHRISTOPHER P. BAKER,<br><br>Defendants. | Civil Action No. 09-10641-DPW |

**AFFIDAVIT OF DANIEL J. DWYER IN SUPPORT OF
DEFENDANTS' SECOND MOTION TO COMPEL**

1. I am a shareholder with the firm of Murphy & King, P.C. I am counsel to the Defendants in the captioned action. I have been admitted to practice in Massachusetts since 1994 and am a member in good standing of the Supreme Judicial Court of Massachusetts.

2. Attached hereto at Exhibit 1 is a true and correct copy of the 2007 Annual Report for Amorim Holding II, SGPS S.A.

3. Attached hereto at Exhibit 2 are true and correct copies of selected pages from the 30(b)(6) deposition of Filipe Sobral.

4. Attached hereto at Exhibit 3 is a true and correct copy of Amorim Holding Financeira, SGPS, S.A.'s Answers to Christopher P. Baker's First Set of Interrogatories.

5. Attached hereto at Exhibit 4 is a true and correct copy of Christopher P. Baker's First Set of Interrogatories to Plaintiff Amorim Holding Financeira, S.G.P.S., S.A.

6. Attached hereto at Exhibit 5 is a true and correct copy of a January 19, 2007 e-mail from Joao Leitao to Robert Beuret.

7. Attached hereto at <u>Exhibit 6</u> are true and correct copies of selected pages from the deposition of Americo Amorim.

8. Attached hereto at <u>Exhibit 7</u> are true and correct copies of selected pages from the deposition of Sergio Oliveira.

9. Attached hereto at <u>Exhibit 8</u> is a true and correct copy of an e-mail dated January 25, 2007 from Joao Leitao to Sergio Oliveira.

10. Attached hereto at <u>Exhibit 9</u> are true and correct copies of selected pages from the deposition of Marta Amorim.

11. Attached hereto at <u>Exhibit 10</u> is a true and correct copy of AHF Deposition Exhibit 8I, which includes an Option Contract dated January 31, 2008.

12. Attached hereto at <u>Exhibit 11</u> is a true and correct copy of an e-mail exchange dated January 16, 2007 among Joao Leitao, Christopher P. Baker and Robert Beuret.

13. Attached hereto at <u>Exhibit 12</u> are true and correct copies of e-mails among Niall O'Donnell, Mario Silva, and Marta Amorim.

14. Attached hereto at <u>Exhibit 13</u> are true and correct copies of selected pages from the deposition of Paula Amorim.

15. Attached hereto at <u>Exhibit 14</u> is a true and correct copy of Plaintiff's Responses and objections to Defendant C.P. Baker & Co., Ltd.'s First Request for Production of Documents.

16. Attached hereto at <u>Exhibit 15</u> are true and correct copies of letters of Daniel J. Dwyer, Esq., to Damian Wilmot, Esq., dated July 22 and 30, 2011.

17. Attached hereto at <u>Exhibit 16</u> is a true and correct copy of letter of Damian Wilmot, Esq., to Daniel J. Dwyer, Esq., dated August 9, 2011.

18. Attached hereto at <u>Exhibit 17</u> is a true and correct copy of the Deposition of Andrew Goodman.

19. Attached hereto at <u>Exhibit 18</u> is a true and correct copy of Supplement Number Three to Confidential Private Placement Memorandum Dated June 14, 2006 for Chime Entertainment (date of Supplement is April 18, 2007).

20. Attached hereto at <u>Exhibit 19</u> are true and correct copies of translations of Amorim Group meeting minutes of diverse dates.

21. Attached hereto at <u>Exhibit 20</u> is a true and correct copy of Bates-numbered document AHS 00032.

22. Attached hereto at <u>Exhibit 21</u> is a true and correct copy of an e-mail from Robert Beuret dated August 2, 2006.

23. Attached hereto at <u>Exhibit 22</u> is a true and correct copy of Bates-numbered documents AHS 000083 and AHS 000143.

24. Attached hereto at <u>Exhibit 23</u> is a true and correct copy of Plaintiff's Responses and Objections to Defendant C. P. Baker & Co., Ltd.'s Second Request for Production of Documents.

25. Attached hereto at <u>Exhibit 24</u> is a true and correct copy of Anasazi Partners III Offshore Application Form.

26. Attached hereto at <u>Exhibit 25</u> is a true and correct copy of Amorim Alternative Investments board minutes dated July 31, 2008.

27. Attached hereto at <u>Exhibit 26</u> are true and correct copies of assorted documents cited in footnote 14 of Defendants' Second Motion to Compel, Bates-numbered AHS 6656,

AHS 6641, AHS 6651, AHS 6610, AHS 6650, and a Bloomberg Businessweek executive profile and a Yatedo executive profile.

28.   Attached hereto at <u>Exhibit 27</u> is a true and correct copy of Plaintiff's Supplemental Responses and Objections to Defendant C.P. Baker & Co., Ltd.'s First Set of Interrogatories.

Signed under the penalties of perjury this 28th day of September, 2011.

/s/ /Daniel J. Dwyer
Daniel J. Dwyer

*607443*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 28th day of September, 2011.

/s/ Daniel J. Dwyer
Daniel J. Dwyer