*Exhibit 10*

AM. Fin.
Exhibit No. 81
Date: 12/15/10
Reporter: P.A. Bucko

# Rachele Schmiege

| | |
|---|---|
| **From:** | Filipe Sobral @ APAA [filipe.sobral@amorimholding.pt] |
| **Sent:** | Friday, January 25, 2008 10:56 AM |
| **To:** | Lars Windhorst |
| **Cc:** | Chris Baker |
| **Subject:** | RE: Remote MDX |
| **Attachments:** | Contrato VATAS.PDF |

Lars,

Please find enclosed the executed copy of the put. I ask you to sign and certify your empowerment as Vatas representative.

Thanks in advance for your prompt reply.

Best regards,

FS

---

**From:** Lars Windhorst [mailto:lars.windhorst@vatas.de]
**Sent:** sexta-feira, 25 de Janeiro de 2008 10:19
**To:** Filipe Sobral @ APAA
**Cc:** CBaker@cpbaker.com; heinz-bernd.schmitz@nordlb.de
**Subject:** AW: Remote MDX

Filipe,

Thank you.

NordLB is still fine.

Please contact Mr Schmitz re settlement instructions.

We are happy to go ahead with the signing of the contract.

Shall we return by scanned PDF file via Email to you?

Regards

Lars

----- Originalnachricht -----
Von: Filipe Sobral @ APAA <filipe.sobral@amorimholding.pt>
An: Lars Windhorst
Cc: CBaker@cpbaker.com <CBaker@cpbaker.com>
Gesendet: Fri Jan 25 10:28:07 2008
Betreff: Remote MDX

Dear Mr. Windhorst,

**CPB006064**

4/12/2010

Subject to the reception of the Put contract on the terms set and agreed upon, duly signed and with confirmation of the proper empowerment of that signature I hereby confirm the purchase of Remote MDX shares on the following terms:

Quantity: 5.000.000 shares

Unit Price: 3,7 USD

Settlement date: 31/01/2008

Settlement Currency: Euros

Exchange rate: Closing rate of the previous working day (30/01/2008)

The original of the contract duly signed and with confirmation of the empowerment from our party will be sent until the end of the current working day (25/01/2008).

Please confirm if the selling party remains the NordLB.

Best regards,

Filipe Sobral

Controller

Amorim Holding, SGPS

Phone: +351 227 475 878

Fax:    +351 227 475 810

**CPB006065**

-- Confidentiality Notice ---
This e-mail and related attachments may contain confidential and legally privileged information.
If you are not the intended recipient or have received this e-mail in error, please delete it and notify by return Email.
If you are not the intended recipient you must not copy, adapt and forward this email or any attachment or disclose its/their contents to any other person.
Our own virus checking system has swept this e-mail and its attachments. However, we cannot guarantee that it is vÃrus-free and cannot take responsibility for any virus, which may be present.

-- Confidentiality Notice ---
This e-mail and related attachments may contain confidential and legally privileged information.
If you are not the intended recipient or have received this e-mail in error, please delete it and notify by return Email.
If you are not the intended recipient you must not copy, adapt and forward this email or any attachment

or disclose its/their contents to any other person.
Our own virus checking system has swept this e-mail and its attachments. However, we cannot guarantee that it is virus-free and cannot take responsibility for any virus, which may be present.

CPB006066

4/12/2010

# Option Contract

between

1. Vatas Holding GmbH with registered seat in Berlin and registered with the Commercial Register of the Local Court (*Amtsgericht*) of Berlin Charlottenburg under HRB 91673,

- hereinafter „Seller" -

and

2. Amorim Holding Financeira SGPS S.A. with registered seat in Santa Maria da Feira and registered with the 1ª Comercial Register (1ª Conservatória do Registo Comercial) of Santa Maria da Feira under the nr. 502802430,

- hereinafter „Purchaser" -

## § 1
## Offer

1. Seller hereby makes to Purchaser an irrevocable offer directed at the conclusion of a share purchase and transfer agreement as regards 5.000.000 issued common shares, each share in the nominal amount of USD 0.0001 (hereinafter the "Shares") of RemoteMDx, a company with seat in 150 West Civic Center Drive, Suite 400, Sandy, UT 84070, USA, CUSIP Number 75961Q 10 1.

2. The purchase price for the Shares shall be USD 4.3 per share.

## § 2
## Acceptance

1. The offer can only be accepted in the time period between July 15, 2008, and July 31, 2008. The offer expires at the end of July 31, 2008, can only by accepted in writing and can only be accepted with regard to the entirety of the Shares.

2. For the purpose of meeting the time period set out in § 2 sub. 1 above it is sufficient to submit the acceptance within the said time period.

CPB006067




### § 3
### Final Provisions

1. Claims of any party arising out of this agreement can only be transferred to a third party subject to the prior written consent of the respective other party.

2. Amendments and supplements, also with respect to this § 3 sub. 2, can only be made in writing.

3. Should one or more provisions of this agreement be or become invalid or unenforceable or should this agreement contain a gap, the validity of the agreement as a whole shall not be affected by such invalidity, unenforceability or gap.

4. This agreement shall be governed by German law. Place of venue, insofar as legally admissible, shall be Berlin.

5. For the purpose of the written communication between parties the following addresses and fax numbers are retained:

   a. Vatas Holding GmbH – Friedrichstrasse 95 D - 10117 Berlin, Germany - Fax: +49 302 061 8720
   b. Amorim Holding Financeira SGPS S.A. – Rua da Cortiçeira n.° 34 . Apartado 47 . 4536-902 Mozelos VFR, Portugal – Fax: +351 227 475 801

Oporto, January 25th, 2008

_____
Amorim Holding Financeira, SGPS
represented by

Américo Amorim                      Paula Amorim
President                            Vice-President

Berlin, January 25th, 2008

CPB006068

_____
Vatas Holding GmbH
represented by
Lars Windhorst
- Managing Director (*Geschäftsführer*) -

**Sandra Rainha**
Solicitadora
C.P. 4138
Nif 209 875 976

# RECONHECIMENTO

Nos termos do número um do artigo quinto do D.L. 237/2001 de 30 de Agosto, reconheço as assinaturas retro, feitas na minha presença de Américo Ferreira de Amorim, por exibição do bilhete de identidade nº. 964363 de 21/09/2007 do arquivo de identificação do Porto, e Paula Fernanda Ramos Amorim, por exibição do bilhete de identidade n.º 9485279 de 14/12/2006 do arquivo de identificação de Lisboa, na qualidade de administradores com poderes para o acto, da sociedade AMORIM HOLDING FINANCEIRA, SGPS, S.A., conforme verifiquei através da consulta, feita hoje on-line, à certidão permanente com o código 1762-0002-5144.

Feito sem rasuras ou entrelinhas, em Mozelos, aos vinte e cinco de Janeiro de dois mil e oito.



SANDRA RAINHA
*Solicitadora*
Cont. N.º 209 875 976 - C.P. 4138
Rua da Corticeira, n.º 34 - Apartado 47
4536-902 Mozelos VFR Codex
Portugal
Telf. 227 475 800 * 227 475 802
E-mail: sandra.rainha@amorimholding.pt

Registado online, nesta data, na Câmara dos Solicitadores com o n.º 570688
(Art.º 38.º do Decreto-Lei n.º 76-A/2006 de 29.03 e Portaria n.º 657-B/2006 de 29.06

Para consulta deste registo:
http://www.solicitador.org/roas/ConsultarDocumento?id=79684570688

Custo: GRATUITO
Isento de Imposto nos termos legais

**CPB006069**

Rua da Corticeira, n°. 34
Apartado 47
4536-902 MOZELOS VFR
Tel. 227475800 * Fax 227475802
E-mail: sandra.rainha@amorimholding.pt