*Exhibit 14*

# EXHIBIT 14 IS BEING FILED UNDER SEAL