*Exhibit 15*

# EXHIBIT 15 IS BEING FILED UNDER SEAL